**James Darnell SCOTT, Plaintiff–Appellant,**

v.

**Geraldine MIRO, Responsible Authority for Policy PS–10.08; William R. Byars, Jr., South Carolina Department of Corrections Director, Defendants–Appellees.**

No. 14–6385.

United States Court of Appeals, Fourth Circuit.

Submitted: June 26, 2014.

Decided: June 30, 2014.

James Darnell Scott, Appellant Pro Se. Jocelyn Newman, Richardson, Plowden & Robinson, PA, Columbia, South Carolina, for Appellees.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Darnell Scott appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Scott v. Miro,* No. 0:11–cv–03169–RBH, 2014 WL 799099 (D.S.C. Feb. 27, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*